**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| GEORGE KAPADOLUS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:26-cv-02134-SHL-tmp |
| PROGRESS RESIDENTIAL PROPERTY | ) | |
| MANAGER, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
COMPLAINT WITHOUT PREJUDICE**

Before the Court is the Report and Recommendation ("R&R") filed by Chief Magistrate Judge Tu M. Pham, on May 14, 2026.  (ECF No. 16.)  The R&R's factual findings include a summary of the procedural history of this action, which was first brought by pro se Plaintiff George Kapadolus on February 5, 2026.  (Id. at PageID 75.)  The R&R further notes that on April 13, 2026, Defendant Progress Residential Property Manager, LLC, filed a Motion to Dismiss for failure to state a claim under Federal Rule 12(b)(6).  (Id.; see also ECF No. 11.) Seven days later, Kapadolus filed a Notice of Voluntary Dismissal Without Prejudice.  (ECF No. 15.)

Neither Party appeared at the scheduling conference set before Judge Pham on May 14, 2026.  Nor has Progress Residential indicated any opposition to Kapadolus' voluntary dismissal. Given the foregoing, the R&R concludes that Kapadolus' complaint should be dismissed without prejudice.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim.  28 U.S.C. §

636(b)(1)(B).  "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1) (2017).  A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

The Parties' deadline to object to the R&R was May 28, 2026, and no objections were filed.  The Court has reviewed the R&R in its entirety for clear error and discerns none.  In accordance with the above findings and recommendations, Kapadolus' complaint is **DISMISSED WITHOUT PREJUDICE**.  In addition, Progress Residential's Motion to Dismiss is **DENIED AS MOOT**.

**IT IS SO ORDERED,** this 29th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

2